UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-7037 MRW | Date | October 8, 2021 |
|---|---|---|---|
| Title | Demetrius Jose Vernon v. County of Los Angeles | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE**

    Plaintiff filed a notice dismissing this case with prejudice. (Docket # 35.) This action is dismissed with prejudice.